```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HENRY STANLEY, JR.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 13-mj-101 DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |
| v. | ) | |
| HENRY STANLEY, JR., | ) | |
| Defendant. | ) | |

THE PARTIES STIPULATE, through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, and Michael Petrik, Jr., Assistant Federal Defender, attorney for Mr. Stanley, to the following proposed protective order governing the defense expert's forensic examination of computer data seized in this case.

In order to advise the defendant adequately, the defense case requires a forensic evaluation by a knowledgeable expert of computer hardware and other material the government alleges contain images of child pornography. The parties have agreed that the attached proposed

1

order should govern the defense examination of the computer media. They ask the Court to approve the proposed order.

Respectfully submitted,

Dated:  April 24, 2013          JOSEPH SCHLESINGER
                                Acting Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK
                                Assistant Federal Defender
                                Attorneys for HENRY STANLEY, JR.

Dated:  April 24, 2013          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

2

JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HENRY STANLEY, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-mj-101 DAD |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DIGITAL MEDIA SAID TO |
| v. | ) | CONTAIN CHILD PORNOGRAPHY |
| | ) | |
| HENRY STANLEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**O R D E R**

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy the hard drive and any other storage media available for defense analysis.

2.   The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Michael Petrik, defense paralegal, Julie Denny or another member of the defense team, and to defendant's proposed expert, Marcus Lawson, or one of Mr. Lawson's identified colleagues at Global CompuSearch LLC, to review at the Sacramento High Tech Task Force offices in Sacramento

1  for the purpose of preparing the defense of the above-entitled
2  action.  Mr. Lawson's identified colleagues are Josiah Roloff and
3  James Goldman.  The images on the hard drive and storage media
4  shall not be viewed by any other person on behalf of the defense.
5       3.   A private room will be provided for the defense
6  examination. No Government agents will be inside the room during
7  the examination.
8       4.   The expert will be permitted to bring whatever equipment,
9  books, or records he believes may be necessary to conduct the
10 examination.
11      5.   Neither the defense expert nor defense attorneys nor the
12 defense paralegal shall remove the hard drive or other storage
13 media from the confines of the law enforcement office.
14      6.   With the exception of materials which would be considered
15 child pornography under federal law (including visual depictions
16 and data capable of conversion into a visual depiction), the expert
17 may download and remove files or portions of files, provided the
18 forensic integrity of the hard drive is not altered.  The expert
19 will certify in writing (using the attached certification), that he
20 has taken no materials which would be considered child pornography,
21 or data capable of being converted into child pornography, under
22 federal law, and that he has not caused any child pornography to be
23 sent from the law enforcement premises by any means including by
24 any electronic transfer of files.
25      7.   Except when a defense expert fails to provide this
26 certification, no Government agent, or any person connected with
27 the Government, will examine or acquire in any fashion any of the
28 items used by the expert in order to conduct the defense analysis.

2

Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: April 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3

```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   NO.13-mj-101 DAD
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
HENRY STANLEY, JR.,            )
                               )
          Defendant.           )
_____)

                          CERTIFICATION
```

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____        _____