MARK. W. GIRDNER SBN#224714
Law Offices of Mark W. Girdner
815 – 15th Street
Modesto, Ca 95354
Telephone:  (209) 524-7600
Facsimile:   (209) 524-6010


Attorneys for Defendant
HENRY STANLEY, JR.


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HENRY STANLEY, JR.,<br><br>                    Defendant. | CASE NO.  2:13-CR-00198-KJM-1<br><br>STIPULATION AND ORDER FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |

   THE PARTIES STIPULATE, through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, and Mark W. Girdner, Attorney for defendant Mr. Stanley, to the following proposed protective order governing the defense expert's forensic examination of computer data seized in this case.

   In order to advise the defendant adequately, the defense case requires a forensic evaluation by Mark W. Girdner and other material the government alleges contain images of child pornography.

1

The parties have agreed that the attached proposed order should govern the defense examination of the computer media.  They ask the Court to approve the proposed order.

                                        Respectfully submitted,


                                        Mark W. Girdner


DATED:  August 20, 2013                 /s/ Mark W. Girdner
                                        MARK GIRDNER
                                        Attorney for Defendant


DATED:  August 20, 2013                 /s/  M. Girdner for
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**ORDER**

Pursuant to the parties' agreement, the Court approves the attached protective order.

IT IS SO ORDERED.

Dated:  August 29, 2013.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

MARK. W. GIRDNER SBN#224714
Law Offices of Mark W. Girdner
815 – 15th Street
Modesto, Ca 95354
Telephone: (209) 524-7600
Facsimile: (209) 524-6010

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00198-KJM-1 |
| Plaintiff, | ORDER FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |
| v. | |
| HENRY STANLEY, JR., | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of the hard drive and any other storage media available for the defense attorney analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Mark W. Girdner, or another member of the defense team, and to defendant's expert, to

3

review at the Sacramento High Tech Task Force offices in Sacramento for the purpose of preparing the defense of the above-entitled action. The images on the hard drive and storage media shall not be viewed by another person on behalf of the defense.

3. A private room will be provided for the defense examination. No government agents will be inside the room during the examination.

4. The attorney will be permitted to bring whatever equipment, books, or recording he believes may be necessary to conduct the examination.

5. Neither the defense expert nor defense attorneys nor any associate shall remove the hard drive or other storage media from the confines of the law enforcement office.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert, or attorney will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, under federal law, and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated:  August 29, 2013.

_____
UNITED STATES DISTRICT JUDGE

5

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HENRY STANLEY, JR.,<br><br>　　　　　　　Defendant. | CASE NO.  2:13-CR-00198-KJM-1<br><br>STIPULATION AND  PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |

CERTIFICATION

　　I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____　　　　　　　　　_____

6