Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
HENRY STANLEY

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HENRY STANLEY,<br>Defendant. | Case No.: 2:13-cr-00198 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE DISPOSITION DATE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant HENRY STANLEY, that the previously scheduled disposition date of July 27, 2026, be vacated and the matter continued to August 31, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to prepare a dispositional memorandum on behalf of the defendant. The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

/////

/////

Dated: July 22, 2026

/s/ Michael E. Hansen for
HENRY STANLEY
Defendant

Dated: July 22, 2026

ERIC GRANT
United States Attorney

By: /s/ Michael E. Hansen for ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the entirety as its order. It is further ordered that the dispositional hearing/sentencing date of July 27, 2026, is vacated and is continued to August 31, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE